IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

          Plaintiff,                No. CIV S-07-2091 GEB JFM P

    vs.

CHRIS CARTER,

          Defendant.          ORDER

_____/

          Plaintiff has requested an extension of time to file objections to the October 31, 2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

          1.  Plaintiff's November 19, 2007 request for an extension of time is granted; and

          2.  Plaintiff is granted thirty days from the date of this order in which to file objections to the October 31, 2007 findings and recommendations.

DATED:  November 28, 2007.


_____
UNITED STATES MAGISTRATE JUDGE

/mp
lafa2091.36